AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Granade, Callie V. | 2. Court or Organization<br><br>U.S. District Court Southern District of Alabama | 3. Date of Report<br><br>08/03/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>155 St. Joseph Street<br>Mobile, Alabama 36602 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Southwest Bancshares, Inc. (Director's fees) |
| 2. 2017 | Stone Granade & Crosby, P.C. (law firm income) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Community Bank, Chatom, AL | Note secured by lot, house and rental cottage in ▨ AL | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock | F | Dividend | P1 | T | | | | | |
| 2. First Community Bank Accounts | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 4. Morgan Stanley Brokerage Account (H) | | | | | | | | | |
| 5. -- Allstate Life Variable Annuity: AB VPS Lg Cap Grw Port-Cls B | | None | M | T | | | | | |
| 6. Schwab IRA #1 (H) (see note) | | | | | | | | | |
| 7. -- Schwab Govt Money Fund SWGXX | A | Int./Div. | J | T | Buy (add'l) | 05/19/17 | J | | |
| 8. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 9. | | | | | Redeemed (part) | 08/30/17 | J | | |
| 10. -- MFS Intl Value CL I | | None | | | Sold | 02/17/17 | J | A | |
| 11. --Harding Loevner Emerg. Mkts Adv CL | A | Dividend | K | T | Buy | 02/17/17 | J | | |
| 12. | C | | | | Buy (add'l) | 11/27/17 | J | | |
| 13. -- Oppenheimer Dev Mkts Fd Cl Y | A | Dividend | J | T | | | | | |
| 14. -- Vanguard Equity Income FD Admiral | A | Dividend | J | T | Sold (part) | 02/17/17 | J | B | |
| 15. -- Vanguard REIT | A | Dividend | | | Sold | 08/29/17 | J | A | |
| 16. -- Vanguard Total World Stock ETF | B | Dividend | K | T | | | | | |
| 17. -- Primecap Odyssey Aggr Growth Fd | B | Dividend | J | T | Buy | 08/29/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Vanguard Small Cap | A | Dividend | | | Sold | 11/27/17 | J | B | |
| 19.  --Vanguard Mega Cap Growth | A | Dividend | J | T | Buy | 02/17/17 | J | | |
| 20.  --Vanguard FTSE Developed | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 21.  Schwab Brokerage Account (H) | | | | | | | | | |
| 22.  -- Schwab Govt Money Fund sweep acct. SWGXX | A | Int./Div. | L | T | Sold (part) | 01/03/17 | K | | |
| 23. | | | | | Sold (part) | 01/19/17 | J | | |
| 24. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 25. | | | | | Buy (add'l) | 04/15/17 | J | | |
| 26. | | | | | Sold (part) | 04/18/17 | J | | |
| 27. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 28. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 29. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 30. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 31. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 32. | | | | | Sold (part) | 07/17/17 | J | | |
| 33. | | | | | Sold (part) | 08/15/17 | J | | |
| 34. | | | | | Buy (add'l) | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/05/17 | J | | |
| 36. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 37. | | | | | Sold (part) | 10/03/17 | J | | |
| 38. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 39. | | | | | Sold (part) | 10/18/17 | J | | |
| 40. | | | | | Sold (part) | 11/07/17 | J | | |
| 41. | | | | | Buy (add'l) | 11/10/17 | K | | |
| 42. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 43. | | | | | Sold (part) | 12/05/17 | K | | |
| 44. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 45. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 46. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 47. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 48. -- Apple Computer Inc. common stock | C | Dividend | N | T | | | | | |
| 49. -- Diageo PPLC SponADR stock | C | Dividend | M | T | | | | | |
| 50. -- Duke Energy Corp Hldg. Co. stock | B | Dividend | L | T | | | | | |
| 51. -- Kimberly Clark Corp. stock | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- MFS Intl Value Cl I | B | Dividend | M | T | | | | | |
| 53. -- Microsoft common stock | B | Dividend | L | T | | | | | |
| 54. -- Nestle Spon ADR stock | C | Dividend | M | T | | | | | |
| 55. -- Pepsico Inc. NC stock | C | Dividend | M | T | | | | | |
| 56. -- Powershares Dynamic Market ETF (see note) | A | Dividend | K | T | | | | | |
| 57. -- Powershares Water Resc Portfo ETF IV (see note) | A | Dividend | L | T | | | | | |
| 58. -- Sherwin Williams Co. stock (see note) | B | Dividend | M | T | | | | | |
| 59. -- U. S. Bancorp common stock | B | Dividend | L | T | | | | | |
| 60. -- Verizon Communications stock | A | Dividend | | | Sold | 02/17/17 | K | | |
| 61. -- American FD Amcap Fund A (see note) | D | Dividend | L | T | | | | | |
| 62. -- American FD Growth FD of America CL A (see note) | C | Dividend | L | T | | | | | |
| 63. -- American FD Inv Co. of America CL A (see note) | D | Dividend | L | T | | | | | |
| 64. --MFS Intl Value Cl 1 | C | Dividend | M | T | | | | | |
| 65. -- Vanguard Consumer Discretionary ETF | B | Dividend | M | T | | | | | |
| 66. -- Vanguard Financials ETF | B | Dividend | M | T | | | | | |
| 67. -- Vanguard Health Care ETF | B | Dividend | M | T | | | | | |
| 68. -- Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Buy | 02/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- Vanguard Industrials ETF | B | Dividend | M | T | | | | | |
| 70.  -- Vanguard Mid Cap ETF | B | Dividend | M | T | | | | | |
| 71.  -- Vanguard Mid Cap Value ETF | B | Dividend | L | T | | | | | |
| 72.  -- Vanguard REIT | A | Dividend | | | Sold | 11/07/17 | K | B | |
| 73.  -- Vanguard Small Cap ETF | A | Dividend | K | T | | | | | |
| 74.  1/12 mineral rights, parcel in Washington County, Alabama | | None | J | W | | | | | |
| 75.  12.5% interest in Daphne Offices, LLC, Daphne, AL | C | Rent | | | Sold | 02/23/17 | N | | |
| 76.  Note - Daphne Offices, LLC (see note) | F | Interest | M | T | | | | | |
| 77.  1/6 interest in 1.8 acres property in Magnolia Springs, AL | | None | | | Sold | 04/12/17 | K | A | |
| 78.  1/3 interest in real estate parcel #1 in Washington Cty ,AL | | None | L | W | | | | | |
| 79.  1/3 interest in real estate parcel #2 in Washington Cty, AL | | None | J | W | | | | | |
| 80.  1/2 int in real estate Parcel #3 in Washington Cty, AL | | None | J | W | | | | | |
| 81.  3% interest in realty in Fairhope, AL (see note) | | None | K | W | | | | | |
| 82.  Schwab IRA #2 (H) (See note) | | | | | | | | | |
| 83.  --Schwab Sort Term S Treasury ETF | A | Interest | J | T | Buy | 06/22/17 | J | | |
| 84.  -- Schwab Aggregate Bond ETF | B | Dividend | L | T | Buy | 6/22/17 | L | | |
| 85.  --Vanguard FTSE Developed Markets ETF | B | Dividend | M | T | Buy | 06/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/16/17 | L | | |
| 87. --Vanguard Mega Cap ETF | A | Dividend | L | T | Buy | 06/22/17 | L | | |
| 88. --Vanguard Mega Cap Growth ETF | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 89. --Vanguard Mid Cap ETF | A | Dividend | L | T | Buy | 06/22/17 | K | | |
| 90. | | | | | Buy (add'l) | 08/16/17 | L | | |
| 91. --Vanguard Mid Cap Value ETF | A | Dividend | K | T | Buy | 06/22/17 | J | | |
| 92. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 93. --Vanguard Short Term Cor BD Etf | B | Dividend | L | T | Buy | 06/22/17 | L | | |
| 94. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 95. --Vanguard Small Cap ETF | A | Dividend | K | T | Buy | 06/22/17 | J | | |
| 96. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 97. --Vanguard Core BD ADM | A | Dividend | K | T | Buy | 09/08/17 | K | | |
| 98. --Vanguard High Yield Corp Fund Investor Share | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 99. --Vanguard Short Term Investment Grade Fund | B | Dividend | K | T | Buy | 06/22/17 | J | | |
| 100. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 101. --Blackrock Health Science | A | Dividend | K | T | Open | 08/08/17 | K | | |
| 102. | | | | | Sold (part) | 08/16/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. --Brown Cap Mgmt Small Co | B | Dividend | J | T | Buy | 06/22/17 | J | | |
| 104. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 105. --Columbia Divdend Income | B | Dividend | K | T | Buy | 06/22/17 | K | | |
| 106. --Harding Loevner Emerging | A | Dividend | J | T | Buy | 06/22/17 | K | | |
| 107. --MFS Intl Value Cl 1 | C | Dividend | M | T | Buy | 06/22/17 | K | | |
| 108. | | | | | Buy (add'l) | 08/16/17 | L | | |
| 109. --Oakmark Fund Inv | C | Dividend | L | T | Open | 08/08/17 | L | | |
| 110. --Oppenheimer Developing Mkts Fd Cl 1 | A | Dividend | K | T | Buy | 08/16/17 | K | | |
| 111. --Primecap Odyssey AGGR Growth Fund | A | Dividend | K | T | Buy | 06/22/17 | J | | |
| 112. | | | | | Buy (add'l) | 08/16/17 | K | | |
| 113. --Primecap Odyssey Growth Fund | | None | | | Open | 08/08/17 | J | | |
| 114. | | | | | Sold | 08/16/17 | J | A | |
| 115. --Vanguard DIV Gowth Investor FD | B | Dividend | K | T | Open | 08/08/17 | L | | |
| 116. --Virtus Duff & Phelps Blbl Rel Estate Sec 1 | A | Dividend | K | T | Open | 08/08/17 | K | | |
| 117. | | | | | Sold (part) | 11/22/17 | J | A | |
| 118. --Homestead Small Company Stock Fund | | None | | | Open | 08/08/17 | K | | |
| 119. | | | | | Sold | 08/16/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. --AMG Yacktman Fd I | | None | | | Open | 08/08/17 | L | | |
| 121. | | | | | Sold | 08/16/17 | L | D | |
| 122. --First Eagle Global Fund CL I | | None | | | Open | 08/08/17 | M | | |
| 123. | | | | | Sold | 08/16/17 | M | E | |
| 124. --Nicholas Equity Income Fund CL I | | None | | | Open | 08/08/17 | L | | |
| 125. | | | | | Sold | 08/16/17 | L | A | |
| 126. -- Catalyst Hedged futures Strategy I | | None | | | Open | 08/08/17 | J | | |
| 127. | | | | | Sold | 08/16/17 | J | | |
| 128. -- Primecap Odyssey Stock FD | | None | | | Open | 08/08/17 | J | | |
| 129. | | | | | Sold | 08/16/17 | J | A | |
| 130. Ameritrade IRA (H) (see note) | | | | | | | | | |
| 131. -- Ameritrade cash account | A | Interest | | | Buy (add'l) | 01/03/17 | J | | |
| 132. | | | | | Redeemed (part) | 01/12/17 | J | | |
| 133. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 134. | | | | | Redeemed (part) | 04/11/17 | J | | |
| 135. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 136. | | | | | Redeemed (part) | 07/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/01/17 | L | | |
| 138. | | | | | Distributed | 08/03/17 | L | | |
| 139. -- First Eagle Global Fund Class 1 | | None | | | Merged (with line 122) | 08/08/17 | M | | |
| 140. -- Homestead Funds Small Co Stk Fund | A | Dividend | | | Merged (with line 118) | 08/08/17 | K | | |
| 141. -- Nicholas EQ Inc. Fund Inc Com | B | Dividend | | | Buy (add'l) | 05/11/17 | J | | |
| 142. | | | | | Sold (part) | 06/30/17 | J | | |
| 143. | | | | | Merged (with line 124) | 08/08/17 | L | | |
| 144. -- AMG Yacktman Fund SVC | | None | | | Merged (with line 120) | 08/08/17 | L | | |
| 145. -- Blackrock FDS Health Sciences Fund | | None | | | Merged (with line 101) | 08/08/17 | L | | |
| 146. -- Oakmark Fds Oakmark Fd | | None | | | Merged (with line 109) | 08/08/17 | L | | |
| 147. -- Franklin Mutual Global Discovery Z | | None | | | Sold | 07/31/17 | L | D | |
| 148. -- Catalyst Hedged futures Strategy I | | None | | | Merged (with line 126) | 08/08/17 | J | | |
| 149. -- Primecap Odyssey Stock FD | | None | | | Merged (with line 128) | 08/08/17 | J | | |
| 150. -- Vanguard Dividend Growth Investor Fund | A | Dividend | | | Sold (part) | 03/23/17 | J | | |
| 151. | | | | | Merged (with line 115) | 08/08/17 | L | | |
| 152. -- Primecap Odyssey Growth Fund | A | Dividend | | | Merged (with line 113) | 08/08/17 | J | | |
| 153. -- Virtus Funds Global Real Estate Se I | A | Dividend | | | Sold (part) | 03/23/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Merged (with line 116) | 08/08/17 | J | | |
| 155. Trust #1 (H) (see note) | | | | | | | | | |
| 156. -- Southwest Bancshares stock | | None | P1 | U | | | | | |
| 157. Stone, Granade & Crosby P.C. 401(k) (H) (See note) | | | | | Closed | 06/14/17 | | | |
| 158. --American Funds Europacific Growth | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 159. | | | | | Sold | 06/14/17 | L | | |
| 160. -- Cambiar Internat'l Equity - Investor | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 161. | | | | | Sold | 06/14/17 | L | | |
| 162. -- Columbia Dividend Income - R5 | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 163. | | | | | Sold | 06/14/17 | L | | |
| 164. -- Driehaus Emerging Mkts Growth | | None | | | Buy (add'l) | 01/17/17 | J | | |
| 165. | | | | | Sold | 06/14/17 | K | | |
| 166. -- Janus Enterprise -T | | None | | | Buy (add'l) | 01/17/17 | J | | |
| 167. | | | | | Sold | 06/14/17 | K | | |
| 168. -- Janus Triton - T | | None | | | Sold | 06/14/17 | K | | |
| 169. --Vanguard Large Cap Index Admiral | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 170. | | | | | Sold | 06/14/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Vanguard Mid-Cap Index Admiral | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 172. | | | | | Sold | 06/14/17 | L | | |
| 173. -- Vanguard Mid Cap Value index Admiral | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 174. | | | | | Sold | 06/14/17 | K | | |
| 175. --Vanguard PRIMECAP Core | | None | | | Buy (add'l) | 01/17/17 | J | | |
| 176. | | | | | Sold | 06/14/17 | L | | |
| 177. --Vanguard Small Cap Index Admiral | A | Dividend | | | Sold | 06/14/17 | K | | |
| 178. -- Vanguard REIT Index - Admiral | A | Dividend | | | Buy (add'l) | 01/17/17 | J | | |
| 179. | | | | | Sold | 06/14/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 6: Added #1 to the name of theis account because my �the opened another IRA account at Schwab during the year which is named Schwab IRA #2 (see Part VII, Line 82).

Part VII, Line 56: Formerly reported as Powershares Exhcange TR Fund

Part VII, Line 57: Formerly reported as Powershares Water Res PTF.

Part VII, Line 58: Formerly reported as Sherwin William Co. Ohio stock.

Part VII, Line 61: Formerly reported as American Amcap A Mutual Fund.

Part VII, Line 62: Formerly reported as American Growth Fund of America A Mutual Fund

Part VII, Line 63: Formerly reported as American Inv Co. of America A Mutual Fund.

Part VII, Line 76: The note from Daphne Offices, LLC resulted from the sale of that asset (lPart VII, line 75) and calls for monthly payments of of $5002.98 for 60 consecutive months beginning March 1, 2017. The monthly payments include both interest and principle pursuant to an amortization schedule, but the form does not have a categaory for the principle portion of the payments it only allows me to report "interest" as income.. Nor can I figure out how to report or categorize the monthly payments under the transaction portion of the form.

Part VII, Line 82: This new IRA account (Schwab IRA #2) was opened with a rollover from the Stone Granade & Crosby 401k account in June 2017. (See Part VII, Line 157).

Part VII, Line 81: Although there is a rental cottage on the property, no reportable person receives any of the rental income. A reportable person is on the note for the property...see Part VI, Line 1.

Part VII, Line 131: The Ameritrade IRA account was closed in August 2018 and rolled over into Schwab IRA #2. (See Part VII, Line 83)

Part VII, Line 155: The only asset in Trust #1 is stock of Southwest Bancshares, some of which was a gift from a relative, and the rest purchases. The value of the trust is derived from book value of the stock value as of 12/31/2016. There is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 157: The Stone, Granade & Crosby 401K account was distributed and the funds used to open Schwab IRA #2. See Part VII, Line 83.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Callie V. Granade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544